ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00026-CDB |
| Plaintiff, | [Citation #E1574255] |
| v. | |
| MISAEL HERNANDEZ CASTELLANOS, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00026-CDB [Citation #E1574255] against MISAEL HERNANDEZ CASTELLANOS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 6, 2025                    Respectfully submitted,

                                          ERIC GRANT
                                          United States Attorney

                              By:    /s/ Luke Baty
                                          LUKE BATY
                                          Assistant United States Attorney

<u>**O R D E R**</u>

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R.

Crim. P. 48(a) that Case No. 5:25-po-00026-CDB [Citation # E1574255,] against MISAEL

HERNANDEZ CASTELLANOS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

_____
UNITED STATES MAGISTRATE JUDGE